Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DYLAN MICHAEL SMITH,<br><br>　　　　　Defendant. | DOCKET NO: 6:14-mj-117-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, for Count 3 – Possession of a controlled substance (marijuana). SMITH plead Guilty to Count 2 and Count 3 – possession of a controlled substance, on September 30, 2014, with a 12 month deferred entry of judgment on Count 3, 12 months of unsupervised probation, AA twice weekly for the first six months of probation, and a $500 fine. SMITH has fully complied with the terms of his probation.

//

Dated:  October 16, 2015                    NATIONAL PARK SERVICE

                                               /S/ Matthew McNease
                                               Matthew McNease
                                               Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count 3 in the above referenced matter, *United States v. Dylan Michael Smith*, 6:14-mj-117-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 16, 2015                    /s/ *Michael J. Seng*
                                                                 UNITED STATES MAGISTRATE JUDGE